```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

**UNITED STATES OF AMERICA**

**VS.**                                              **CRIMINAL NO. 4:04cr5**

**JOHN OWEN SCOGIN**

### ORDER

This cause is before the Court on the Motion of Defendant Requesting Post-Conviction Relief.

The record shows that on August 5, 2004, Defendant was sentenced to a thirty-seven month term of imprisonment, to be followed by three years of supervised release. Defendant was also ordered to pay a fine of $1,500.00 and a special assessment of $100.00. As understood by the Court, the fine and special assessment have been paid, and a Satisfaction of Judgment as to the fine/assessment was entered in this case on December 7, 2006. Based on the Satisfaction of Judgment that was entered, Defendant now moves for (1) his immediate release from incarceration, and (2) an exemption from further liability in this case.

The Court finds that while the monetary portion of Defendant's sentence has been satisfied, the terms of incarceration and supervised release have not yet been fulfilled. Accordingly, the Court finds that Defendant's motion must be denied.

For the foregoing reason:

IT IS THEREFORE ORDERED that Defendant's Motion Requesting Post-Conviction Relief [Docket No. 17] is hereby denied.

SO ORDERED this the 2nd day of March, 2007.

s/ William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE
